IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 20-2616-TUC-JAS (LAB) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Jesus Francisco Camacho-Porchas, ) | |
| Defendant. ) | |

Pending before the Court is a Report and Recommendation (Doc. 75) issued by United States Magistrate Judge Bowman that recommends dismissing this case with prejudice. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 75) is accepted and adopted.

(2) This case is dismissed with prejudice.

1  (3) The Clerk of the Court shall enter judgment and close the file in this case.

2

3       Dated this 14th day of January, 2022.

*[signature]*

Honorable James A. Soto
United States District Judge